MICHAEL SINTEFF, Respondent, *v.* THE PEOPLE'S BUILDING, LOAN AND SAVING ASSOCIATION, Appellant.

Reported below, 37 App. Div. 340.
(Submitted April 16, 1900; decided April 20, 1900.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 18, 1899, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

The motion was made upon the grounds that the appeal is frivolous, and taken simply for delay, the appellant's only exception being general and presenting no question of law for the consideration of this court, and that the decision of the Appellate Division was unanimous and without an opinion.

*Frank M. Hardenbrook* for motion.

*Chester M. Elliott* opposed.

Motion denied, with ten dollars costs.